IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3122 |
| vs. | ORDER |
| PAUL SELLON, | |
| Defendant. | |

IT IS ORDERED that the plaintiff's motion to dismiss criminal case 4:16CR3122 (filing no. 43) is granted. The Clerk of Court is directed to open a new criminal case using filing numbers 39-42 from 4:16CR3122.

DATED this 28th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge